## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Dennis A. Verrett, Jr., individually and as parent and next friend of T.S.V., <br><br>Plaintiffs, <br><br>vs. <br><br>Independent School District #625, <br><br>Defendant. | Civil No.: 0:18-02513-DSD-BRT <br><br><br><br>**NOTICE OF HEARING OF DEFENDANT'S MOTION TO DISMISS THE COMPLAINT** |

TO: Plaintiff Dennis A. Verrett, Jr., above-named and his attorneys of record, Patrick B. Moore, Joslin & Moore Law Offices, P.A., 221 Second Avenue Northwest, Cambridge, MN 55008; and Gary W. Strootman, Strootman Law Office, P.L.L.C., 5701 Shingle Creek Parkway, Suite 110, Minneapolis, MN 55430:

PLEASE TAKE NOTICE that on November 19, 2018, at 10:00 A.M. or as soon thereafter as counsel may be heard, before the Honorable David S. Doty, Courtroom 14 West, United States District Court – Minneapolis, 300 South Fourth Street, Minneapolis, Minnesota 55415, Defendant will move for dismissal of Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) and substantive law referenced in the supporting papers and arguments. Each party is allotted 15 minutes for oral argument.

|  |  |
|---|---|
|  | ARTHUR, CHAPMAN, KETTERING, SMETAK & PIKALA, P.A. |
| Dated: September 19, 2018 | <u>s/Colin S. Seaborg</u><br>Sarah E. Bushnell (#326859)<br>Colin S. Seaborg (#397309)<br>500 Young Quinlan Building<br>81 South Ninth Street<br>Minneapolis, MN 55402-3214<br>P: (612) 339-3500<br>F: (612) 339-7655<br>sebushnell@ArthurChapman.com<br>csseaborg@ArthurChapman.com<br><br>*Attorneys for Defendant*<br>*Independent School District #625* |